AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sigfredo Erazo Pineda,

                Petitioner,

v.

Kristi Noem et al.,

                Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00306-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioner, Sigfredo Erazo Pineda, and against Respondents, Kristi Noem, Pamela J. Bondi, U.S. Department of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, Jason Knight, Executive Office for Immigration Review, Sirce Owen, Las Vegas Immigration Court, and Reggie Rader. The Petition for Writ of Habeas Corpus (ECF No. [1]) is GRANTED.

02/24/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk